# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALYSSE L SAUCEDO          CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 1-24-02092-HWV
        Movant

vs.

ALYSSE L SAUCEDO

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 11, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on August 26, 2024.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

        Respectfully submitted,

        /s/ Douglas R. Roeder, Esquire
        ID: 80016
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ALYSSE L SAUCEDO          CHAPTER 13

                                                           CASE NO: 1-24-02092-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter 13 Bankruptcy Petition on August 26, 2024.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

       **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
       **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
       **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 4B<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: October 23, 2024<br><br>Time: 09:35 AM |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **September 25, 2024**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated: September 11, 2024              Respectfully submitted,

                                                   /s/ Douglas R. Roeder, Esquire
                                                   ID: 80016
                                                   Attorney for Movant
                                                   Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ALYSSE L SAUCEDO                          CHAPTER 13

             Debtor(s)                              CASE NO: 1-24-02092-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 11, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class mail

ALYSSE L SAUCEDO
6524 FAIRFAX DR
HARRISBURG, PA  17111

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 11, 2024              /s/  Vickie Williams
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALYSSE L SAUCEDO

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-24-02092-HWV

vs.
ALYSSE L SAUCEDO

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.